IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ELLA CAINE, NISHA DHUNGANA SILWA, JOSEPHINE OGATO, SHANTORIA MOORE, FRANKLIN OKOH, CHYRSTAL JEFFERSON, NARGAS SAYED, SHARAM DALAWY, KRISTY ABERCROMBIE, DARNIQUE ADAMS, DANIELLE GRANT, KARAM DALAWY, ROLONDA MOORE, SHARON FERGUSON, NHU TRAN, ALYSSA DAVILA, ADRIAN JONES, ALISHA TERRY, AND MARI ISABEL,<br><br>v.<br><br>EDUVISION, INC. (D/B/A ARIZONA COLLEGE OF NURSING - DALLAS; AZC EDUCATION, INC.; ARIZONA COLLEGE DALLAS) | CIVIL ACTION NO. _____ |

## INDEX OF MATTERS BEING FILED

**DOCUMENTS FILED IN STATE COURT ACTION, EXHIBITS B - L**

EXHIBIT B – Docket Sheet

EXHIBIT C – Original Petition

EXHIBIT D – Notice of Dismissal for Want of Prosecution

EXHIBIT E – Letter

EXHIBIT F – Citation

EXHIBIT G – Notice of Nonsuit

EXHIBIT H – Signed Order of Dismissal

EXHIBIT I – Motion to Retain

EXHIBIT J – proposed Order to Retain

EXHIBIT K – Executed Citation

EXHIBIT L – Notice of Dismissal for Want of Prosecution

1

# EXHIBIT A