**Case Information**

DC-22-05135 | ELLA CAINE, et al vs. EDUVISION, INC.

| | | |
|---|---|---|
| Case Number<br>DC-22-05135 | Court<br>14th District Court | Judicial Officer<br>MOYE', ERIC |
| File Date<br>05/13/2022 | Case Type<br>CNTR CNSMR COM DEBT | Case Status<br>OPEN |

**Party**

| PLAINTIFF<br>CAINE, ELLA | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
|---|---|
| PLAINTIFF<br>DHUNGANA SILWA, NISHA | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>OGATO, JOSEPHINE | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>MOORE, SHANTORIA | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>OKOH, FRANKLIN | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>JEFFERSON, CHYRSTAL | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>SAYED, NARGAS | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>DALAWY, SHARAM | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>ABERCROMBIE, KRISTY | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>ADAMS, DARNIQUE | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>GRANT, DANIELLE | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>DALAWY, KARAM | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>MOORE, ROLONDA | Active Attorneys<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>FERGUSON, SHARON | Active Attorneys |

# EXHIBIT B

| | |
|---|---|
| | Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>TRAN, NHU | Active Attorneys ▼<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>DAVILA, ALYSSA | Active Attorneys ▼<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>Jones, Adrian | Active Attorneys ▼<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| PLAINTIFF<br>TERRY, ALISHA | Active Attorneys ▼<br>Lead Attorney<br>NGUYEN, DON<br>Retained |
| DEFENDANT<br>EDUVISION, INC.<br><br>Aliases<br>DBA ARIZONA COLLEGE OF NURSING DALLAS; AZC EDUCATION, INC.; ARIZONA COLLEGE DALLAS<br>Address<br>SERVE REG AGENT CT CORPORATION SYSTEM<br>1999 BRYAN ST STE 900<br>DALLAS TX 75201-3136 | |

## Events and Hearings

- 05/13/2022 NEW CASE FILED (OCA) - CIVIL
- 05/13/2022 ORIGINAL PETITION ▼
  ORIGINAL PETITION
- 05/13/2022 ISSUE CITATION ▼
  ISSUE CITATION - EDUVISION, INC.
- 06/13/2022 REQUEST FOR SERVICE ▼
  LETTER
- 06/13/2022 ISSUE CITATION
- 06/21/2022 NOTICE OF DISMISSAL FOR WANT OF PROSECUTION ▼
  NOTICE OF DISMISSAL FOR WANT OF PROSECUTION
    Comment
    MAILED
- 06/28/2022 CITATION ▼
  Served
  07/20/2022
  Anticipated Server
  ESERVE
  Anticipated Method
  Actual Server
  PRIVATE PROCESS SERVER
  Returned
  07/25/2022
  Comment
  EDUVISION, INC.
- 07/06/2022 NOTICE OF NONSUIT ▼
  PLAINTIFF-NOTICE OF NONSUIT
- 07/06/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼
  NON SIGNED PROPOSED ORDER-ORDER OF NONSUIT
    Comment
    ORDER OF NONSUIT
- 07/07/2022 ORDER - DISMISSAL ▼
  ORDER - DISMISSAL
    Comment
    PLAINTIFF MARIA HERRERA AGAINST EDUVISION, INC.
- 07/25/2022 MOTION - RETAIN ▼
  MOTION RETAIN
  PROPOSED ORDER RETAIN
- 07/25/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼
    Comment
    RETAIN
- 07/25/2022 RETURN OF SERVICE ▼



# EXHIBIT B

EXECUTED CITATION - EDUVIION INC
  Comment
  EXECUTED CITATION - EDUVIION INC

08/01/2022 NOTICE OF DISMISSAL FOR WANT OF PROSECUTION ▼

NOTICE OF DISMISSAL FOR WANT OF PROSECUTION
  Comment
  DISMISSAL RESET - NOTICES MAILED

08/29/2022 DISMISSAL FOR WANT OF PROSECUTION ▼

Judicial Officer
MOYE', ERIC

Hearing Time
2:00 PM

### Financial

CAINE, ELLA
Total Financial Assessment                                                                                                              $366.00
Total Payments and Credits                                                                                                              $366.00

| 5/17/2022 | Transaction Assessment | | | $358.00 |
| 5/17/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 29503-2022-DCLK | CAINE, ELLA | ($221.00) |
| 5/17/2022 | STATE CREDIT | | | ($137.00) |
| 6/24/2022 | Transaction Assessment | | | $8.00 |
| 6/24/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 37404-2022-DCLK | CAINE, ELLA | ($8.00) |

### Documents

ORIGINAL PETITION
NOTICE OF DISMISSAL FOR WANT OF PROSECUTION
LETTER
ISSUE CITATION - EDUVISION, INC.
PLAINTIFF-NOTICE OF NONSUIT
NON SIGNED PROPOSED ORDER-ORDER OF NONSUIT
ORDER - DISMISSAL
MOTION RETAIN
PROPOSED ORDER RETAIN
EXECUTED CITATION - EDUVIION INC
NOTICE OF DISMISSAL FOR WANT OF PROSECUTION

# EXHIBIT B