1 CIT-ESERVE

Case 3:22-cv-01713-S   Document 1-5   Filed 08/08/22   Page 1 of 2   PageID 19

FILED
6/13/2022 3:47 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Christi Underwood DEPUTY



Don Nguyen
James Kan
Attorneys at Law

June 13, 2020

To:   Dallas County District Clerk's Office
Re:   Request to issue citation and for Eduvision, Inc.

Dear Clerk,

I am requesting citation be issued for Eduvision, Inc. in cause number DC-22-05135 (14th Judicial District Court of Dallas County); Styled: Ella Caine, et al v. Eduvision, Inc. (d/b/a Arizona College of Nursing – Dallas, AZC Educations, Inc. ; Arizona College Dallas)

Please issue citation for Eduvision, Inc. so that citation can be served on its registered agent C T Corporation System at 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136 USA. Should you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

NGUYEN & KAN
7211 Regency Square Blvd., Ste. 220
Houston, Texas 77036
Tel: 281.940.4088
Fax: 832.271.4299.

DON NGUYEN
Texas Bar No. 24092897
Federal Bar No. 2489493
don@nklaw.us

**Attorney for Plaintiffs.**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Yessica Contreras Herrera on behalf of Don Nguyen
Bar No. 24092897
yessica@nklaw.us
Envelope ID: 65390812
Status as of 6/24/2022 8:13 AM CST

Associated Case Party: ELLA CAINE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Don Nguyen | | don@nklaw.us | 6/13/2022 3:47:49 PM | SENT |

# EXHIBIT E