FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

**ESERVE**

**CITATION**

**DC-22-05135**

To:  EDUVISION, INC. (D/B/A ARIZONA COLLEGE OF NURSING — DALLAS; AZC EDUCATION, INC.; ARIZONA COLLEGE DALLAS)
SERVING REGISTERED AGENT C T CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

ELLA CAINE, et al
vs.
EDUVISION, INC.

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

ISSUED THIS
**28th day of June, 2022**

Said Plaintiff being **ELLA CAINE, NISHA DHUNGANA SILWA, JOSEPHINE OGATO, SHANTORIA MOORE, FRANKLIN OKOH, CHRYSTAL JEFFERSON, NARGAS SAYED, SHARAM DALAWY, KRISTY ABERCROMBIE, DARNIQUE ADAMS, DANIELLE GRANT, KARAM DALAWY, ROLONDA MOORE, SHARON FERGUSON, NHU TRAN, ALYSSSA DAVILA, ADRIAN JONES, ALISHA TERRY, AND MARI ISABELL**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

Filed in said Court **13th day of May, 2022** against

By: DANIEL MACIAS, Deputy

**EDUVISION, INC. (D/B/A ARIZONA COLLEGE OF NURSING — DALLAS; AZC EDUCATION, INC.; ARIZONA COLLEGE DALLAS)**

**Attorney for Plaintiff
DON NGUYEN**
7211 REGENCY SQUARE BLVD
SUITE 220
HOUSTON TX 77036
281-940-4088
don@nklaw.us

For Suit, said suit being numbered **DC-22-05135,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 28th day of June, 2022.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

By_____, Deputy
DANIEL MACIAS



# EXHIIBT F

## OFFICER'S RETURN

Case No. :  DC-22-05135

Court No.14th District Court

Style: ELLA CAINE, et al

 vs.

EDUVISION, INC.

Came to hand on the _____day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____ ,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of _____ County, _____ | |
| For Notary | $_____ | By _____ Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____ before me this  _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public   _____ County   _____

# EXHIIBT F