Case 3:22-cv-01713-S   Document 1-7   Filed 08/08/22   Page 1 of 3   PageID 23

FILED
7/6/2022 10:25 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Rhonda Burks DEPUTY

CAUSE NO. DC-22-05135

| | | |
|---|---|---|
| ELLA CAINE, et al<br>PLAINTIFF,<br><br>V.<br><br>EDUVISION, INC. (D/B/A ARIZONA COLLEGE OF NURSING – DALLAS; AZCC EDUCATION, INC.; ARIZONA COLLEGE DALLAS)<br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br><br>14th JUDICIAL DISTRICT<br><br><br><br><br><br>OF DALLAS COUNTY, TEXAS |

## NOTICE OF NONSUIT

COMES NOW, Plaintiff Maria Herrera, in the above-entitled and numbered cause, and files this Notice of Nonsuit.

Plaintiffs hereby advise the Court that all claims and causes of action in this lawsuit between Maria Herrera and Defendants EDUVISION, INC. (D/B/A ARIZONA COLLEGE OF NURSING – DALLAS; AZCC EDUCATION, INC.; ARIZONA COLLEGE DALLAS) have been fully resolved, and Plaintiff hereby agrees to dismiss any and all claims against Defendants with prejudice.

Respectfully submitted,

**NGUYEN & KAN**

Don Nguyen
Texas Bar No. 24092897
don@nklaw.us
7211 Regency Square Blvd., Suite 220
Houston, TX 77036
Phone:  281.940.4088

# EXHIBIT G

Fax: 832.271.4299
**ATTORNEY FOR PLAINTIFF**

EXHIBIT G

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Yessica Contreras Herrera on behalf of Don Nguyen
Bar No. 24092897
yessica@nklaw.us
Envelope ID: 66048128
Status as of 7/6/2022 10:47 AM CST

Associated Case Party: ELLA CAINE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Don Nguyen | | don@nklaw.us | 7/6/2022 10:25:55 AM | SENT |

# EXHIBIT G