CAUSE NO. DC-22-05135

| | | |
|---|---|---|
| ELLA CAINE, et al<br>PLAINTIFF, | § § § | IN THE DISTRICT COURT |
| V. | § § | 14th JUDICIAL DISTRICT |
| EDUVISION, INC. (D/B/A ARIZONA COLLEGE OF NURSING – DALLAS; AZCC EDUCATION, INC.; ARIZONA COLLEGE DALLAS)<br>DEFENDANTS. | § § § § § § | OF DALLAS COUNTY, TEXAS |

## ORDER OF NONSUIT

The Court having received Plaintiff Maria Herrera's Notice of Nonsuit, **ORDERS** that this suit be dismissed and that ~~all parties are~~ *Plaintiff is* responsible for ~~their~~ *for all* own costs ~~and fees~~.

SIGNED on July 7, 2022

_____
Judge Presiding

EXHIBIT H