FILED
7/25/2022 1:22 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Terri Kilgore DEPUTY

Case 3:22-cv-01713-S   Document 1-9   Filed 08/08/22   Page 1 of 4   PageID 27

CAUSE NO. DC-22-05135

| | | |
|---|---|---|
| ELLA CAINE, NISHA DHUNGANA SILWA, JOSEPHINE OGATO, SHANTORIA MOORE, FRANKLIN OKOH, CHYRSTAL JEFFERSON, NARGAS SAYED, SHARAM DALAWY, KRISTY ABERCROMBIE, DARNIQUE ADAMS, DANIELLE GRANT, KARAM DALAWY, ROLONDA MOORE, SHARON FERGUSON, NHU TRAN, ALYSSA DAVILA, ADRIAN JONES, ALISHA TERRY, AND MARI ISABELL PLAINTIFF, | § § § § § § § § § § § § § § | IN THE DISTRICT COURT <br><br><br><br><br> 14TH JUDICIAL DISTRICT |
| v. | § § | |
| EDUVISION, INC. (D/B/A ARIZONA COLLEGE OF NURSING – DALLAS; AZC EDUCATION, INC.; ARIZONA COLLEGE DALLAS) DEFENDANT. | § § § § § | OF DALLAS COUNTY, TX |

## PLAINTIFF'S MOTION TO RETAIN AND NEW TRIAL

Plaintiffs Ella Caine, Nisha Dhungana Silwa, Josephine Ogato, Shantoria Moore, Franklin Okoh, Chyrstal Jefferson, Nargas Sayed, Sharam Dalawy, Kristy Abercrombie, Darnique Adams, Danielle Grant, Karam Dalawy, Rolonda Moore, Sharon Ferguson, Nhu Tran, and Alyssa Davila (collectively, "Plaintiffs") ask the Court to retain their suit on the Court's docket. In support, Plaintiffs shows the following:

### INTRODUCTION

1.  Plaintiffs filed suit against Defendant Eduvision, Inc. (d/b/a/ Arizona College of Nursing Dallas; ("Defendant")) for breach of contract, deceptive trade practices act violations,

EXHIBIT I

breach of promissory note, unjust enrichment, breach of fiduciary duty, conversion, money had and received, and fraud.

2.  Service on Defendant was accomplished on July 12, 2021 by serving its registered agent.

3.  Plaintiffs currently await Defendant's answer which is due on August 8, 2022.

## ARGUMENT & AUTHORITIES

4.  The Court should reinstate Plaintiffs' suit because there is good cause to maintain it on the docket. A court should not dismiss a case if the plaintiffs show that they have diligently prosecuted its suit. *See Villarreal v. San Antonio Truck & Equip.*, 994 S.W.2d 628, 630 (Tex. 1999); *Tex. Mut. Ins. Co. v. Olivas*, 323 S.W.3d 266, 274 (Tex. App.—El Paso 2010, no pet.).

5.  The Court should retain this case because Plaintiffs have diligently prosecuted the case and have already served Defendant. Plaintiffs are currently waiting for an answer to be filed.

## CONCLUSION AND PRAYER

6.  The Court should grant Plaintiffs' motion to retain Plaintiffs' suit because there is good cause to maintain it on the docket, and because Plaintiffs have diligently prosecuted their case. For these reasons, Plaintiffs ask the Court to retain their suit on the docket.

# EXHIBIT I

Respectfully submitted,

**NGUYEN & KAN**

/s/ Don Nguyen
_____
Don Nguyen
Texas Bar No. 24092897
don@nklaw.us
7211 Regency Square Blvd. Ste. 220
Houston, TX 77036
Phone:  281.940.4088
Fax: 832.271.4299
**ATTORNEYS FOR PLAINTIFFS.**

EXHIBIT I

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Don Nguyen
Bar No. 24092897
don@nklaw.us
Envelope ID: 66631348
Status as of 7/25/2022 1:47 PM CST
Associated Case Party: ELLA CAINE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Don Nguyen | | don@nklaw.us | 7/25/2022 1:22:02 PM | SENT |

# EXHIBIT I