CAUSE NO. DC-22-05135

| | | |
|---|---|---|
| ELLA CAINE, NISHA DHUNGANA SILWA, JOSEPHINE OGATO, SHANTORIA MOORE, FRANKLIN OKOH, CHYRSTAL JEFFERSON, NARGAS SAYED, SHARAM DALAWY, KRISTY ABERCROMBIE, DARNIQUE ADAMS, DANIELLE GRANT, KARAM DALAWY, ROLONDA MOORE, SHARON FERGUSON, NHU TRAN, ALYSSA DAVILA, ADRIAN JONES, ALISHA TERRY, AND MARI ISABELL PLAINTIFF, | § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT |
| v. | | |
| EDUVISION, INC. (D/B/A ARIZONA COLLEGE OF NURSING – DALLAS; AZC EDUCATION, INC.; ARIZONA COLLEGE DALLAS) DEFENDANT. | | 14TH JUDICIAL DISTRICT<br><br>OF DALLAS COUNTY, TX |

ORDER ON PLAINTIFFS' MOTION TO RETAIN

After considering and reviewing Plaintiffs' Motion to Retain and the evidence, this Court _____GRANTS/_____DENIES the motion and retains Plaintiffs' case on the docket.

SIGNED on _____.

_____
PRESIDING JUDGE

EXHIBIT J