Case 3:22-cv-01713-S   Document 1-11   Filed 08/08/22   Page 1 of 5   PageID 32

FILED
7/25/2022 4:08 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
SADAF RAJPUT DEPUTY

FORM NO. 353-3 - CITATION
THE STATE OF TEXAS

To: EDUVISION, INC. (D/B/A ARIZONA COLLEGE OF NURSING — DALLAS; AZC
EDUCATION, INC.; ARIZONA COLLEGE DALLAS)
SERVING REGISTERED AGENT C T CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **ELLA CAINE, NISHA DHUNGANA SILWA, JOSEPHINE OGATO, SHANTORIA MOORE, FRANKLIN OKOH, CHRYSTAL JEFFERSON, NARGAS SAYED, SHARAM DALAWY, KRISTY ABERCROMBIE, DARNIQUE ADAMS, DANIELLE GRANT, KARAM DALAWY, ROLONDA MOORE, SHARON FERGUSON, NHU TRAN, ALYSSSA DAVILA, ADRIAN JONES, ALISHA TERRY, AND MARI ISABELL**

Filed in said Court **13th day of May, 2022** against

**EDUVISION, INC. (D/B/A ARIZONA COLLEGE OF NURSING — DALLAS; AZC EDUCATION, INC.; ARIZONA COLLEGE DALLAS)**

For Suit, said suit being numbered **DC-22-05135,** the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 28th day of June, 2022.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
DANIEL MACIAS



---

**ESERVE**

**CITATION**

DC-22-05135

ELLA CAINE, et al
vs.
EDUVISION, INC.

ISSUED THIS
**28th day of June, 2022**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: DANIEL MACIAS, Deputy

Attorney for Plaintiff
**DON NGUYEN**
7211 REGENCY SQUARE BLVD
SUITE 220
HOUSTON TX 77036
281-940-4088
don@nklaw.us

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# EXHIBIT K

# AFFIDAVIT OF SERVICE

| Case:<br>DC-22-05135 | Court:<br>14TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY | County:<br>DALLAS COUNTY, TX | Job:<br>7321066 (DC-22-05135) |
|---|---|---|---|

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| ELLA CAINE/NISHA DHUNGANA SILWA/JOESPHINE OGATO/SHANTORIA MOORE/FRANKLIN OKOH/CHRYSTAL JEFFERSON/NARGAS SAYED/SHARAM DALAWY/KRISTY ABERCROMBIE/DARNIQUE ADAMS/DANIELLE GRANT/KARAM DALAWY/ROLONDA MOORE/SHARON FERGUSON/NHU TRAN/ALYSSA DAVILA/ADRIAN JONES/ALISHA TERRY AND MARI ISABELL | EDUVISION INC.(D/B/A ARIZONA COLLEGE OF NURSING--DALLAS;AZC EDUCATION,INC. ARIZONA COLLEGE DALLAS |

| Received by: | For: |
|---|---|
| HOUSTON CIVIL PROCESS,LLC | Attorney Don Nguyen |

**To be served upon:**
R/A CT CORPORATION SYSTEM--EDUVISION INC.(D/B/A ARIZONA COLLEGE OF NURSING--DALLAS;AZC EDUCATION,INC. ARIZONA COLLEGE DALLAS

I, JACQUELINE M. WILLIAMS, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** R/A CT CORPORATION SYSTEM--EDUVISION INC.(D/B/A ARIZONA COLLEGE OF NURSING--DALLAS;AZC EDUCATION,INC. ARIZONA COLLEGE DALLAS, 1999 BRYAN ST STE. #900, DALLAS, TX 75201
**Manner of Service:** Mail, Jul 20, 2022, 2:15 pm CDT--CMRR#7020-1810-0000-1585-6820
**Documents:** CITATION (Received Jul 6, 2022 at 11:20am CDT), PLAINTIFF'S ORIGINAL PETITION (Received Jul 6, 2022 at 11:20am CDT)

**Additional Comments:**
1) Successful Attempt: Jul 12, 2022, 10:11 am CDT at 1999 BRYAN ST STE. #900, DALLAS, TX 75201 received by R/A CT CORPORATION SYSTEM--EDUVISION INC.(D/B/A ARIZONA COLLEGE OF NURSING--DALLAS;AZC EDUCATION,INC. ARIZONA COLLEGE DALLAS. WAITING FOR SIGNED GREEN CARD TO BE RETURNED

USPS Tracking Plus® Available
Status
Delivered to Agent for Final Delivery
July 12, 2022 at 10:11 am

DALLAS, TX 75201
Status
Delivered to Agent for Final Delivery
July 12, 2022 at 10:11 am

2) Successful Attempt: Jul 20, 2022, 2:15 pm CDT at 1999 BRYAN ST STE. #900, DALLAS, TX 75201 received by R/A CT CORPORATION SYSTEM--EDUVISION INC.(D/B/A ARIZONA COLLEGE OF NURSING--DALLAS;AZC EDUCATION,INC. ARIZONA COLLEGE DALLAS. Received signed green card

_____   Date 25 July 2022
JACQUELINE M. WILLIAMS
PSC#05175/EXP: 31 JULY 2022

HOUSTON CIVIL PROCESS,LLC
3800 TANGLEWILDE ST #809
HOUSTON, TX 77063
832-235-7779

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
7.25.2022        10.06.2024
Date              Commission Expires


Judith Taliaferro Quesonova
My Commission Expires
10/06/2024
ID No. 419997

# EXHIBIT K

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Kirk Atkins   JUL 1 2 2022 |
| 1. Article Addressed to:<br>EDUVISION, INC.<br>R/A CT CORP SYSTEMS<br>1999 Bryan Str. 900<br>DALLAS TX 75201<br><br>9590 9402 7501 2098 3742 48 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature       ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☐ Certified Mail®      ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™<br>☐ Collect on Delivery   ☐ Signature Confirmation Restricted Delivery<br>Delivery Restricted Delivery<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number<br>7020 1810 0000 1585 6820 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

# EXHIBIT K



```
USPS TRACKING #
9590 9402 7501 2098 3742 48

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

HOUSTON CIVIL PROCESS
C/O JACKIE WILLIAMS
3800 TANGLEWILDE STR
#809
HOUSTON TEXAS 77063
                    DC-22-05135
```

# EXHIBIT K

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 66645178
Status as of 7/29/2022 2:39 PM CST
Associated Case Party: ELLA CAINE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Don Nguyen | | don@nklaw.us | 7/25/2022 4:08:19 PM | SENT |

# EXHIBIT K