# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELLA CAINE, NISHA DHUNGANA SILWA, JOSEPHINE OGATO, SHANTORIA MOORE, FRANKLIN OKOH, CHYRSTAL JEFFERSON, NARGAS SAYED, SHARAM DALAWY, KRISTY ABERCROMBIE, DARNIQUE ADAMS, DANIELLE GRANT, KARAM DALAWY, ROLONDA MOORE, SHARON FERGUSON, NHU TRAN, ALYSSA DAVILA, ADRIAN JONES, ALISHA TERRY, and MARI ISABEL<br><br>v.<br><br>EDUVISION, INC. (D/B/A ARIZONA COLLEGE OF NURSING – DALLAS; AZC EDUCATION, INC; ARIZONA COLLEGE DALLAS) | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:22-CV-1713-S |

## ORDER

Before the Court is Defendant Eduvision, Inc. (d/b/a Arizona College of Nursing – Dallas; AZC Education, Inc.; Arizona College Dallas)'s Motion to Compel Arbitration of Certain Plaintiffs' Claims ("Motion") [ECF No. 4]. Having considered the Motion, Defendant's Brief in Support of Defendant's Motion to Compel Arbitration of Certain Plaintiffs' Claims [ECF No. 5], Defendants' Appendix in Support of Defendant's Motion to Compel Arbitration of Certain Plaintiffs' Claims [ECF No. 6], and the applicable law, the Court finds that an agreement, including an arbitration provision, exists between Defendant and Plaintiffs Sharon Ferguson, Alyssa Davila, Danielle Grant, Ella Caine, Franklin Okoh, Karam Dalawy, Sharam Dalawy, Kristy Abercrombie, Nhu Tran, and Rolonda Moore, and **GRANTS** the Motion.[1] This action will be stayed and closed

---

[1] Plaintiffs Sharon Ferguson, Alyssa Davila, Danielle Grant, Ella Caine, Franklin Okoh, Karam Dalawy, Sharam Dalawy, Kristy Abercrombie, Nhu Tran, and Rolonda Moore did not file any response to the Motion and therefore the

pending the outcome of arbitration.. *See* 9 U.S.C. § 3. The Court directs the Clerk of Court to administratively close this case until such time as the Court orders it to be reopened.

**SO ORDERED.**

SIGNED December 5, 2022.

                                                  **KAREN GREN SCHOLER**
                                                  **UNITED STATES DISTRICT JUDGE**

---

Court assumes they are unopposed. *See* Northern District of Texas Local Civil Rules, Rule 7.1(e) (2021) ("A response and brief to an opposed motion must be filed within 21 days from the date the motion is filed.").